IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| TAMMY TURNER, AS NEXT OF KIN FOR TAVARRIS TURNER, A MINOR,<br>    Plaintiff<br><br>vs.<br><br>JO ANNE B. BARNHART, THE COMMISSIONER OF SOCIAL SECURITY,<br>    Defendant | Civil Action No. CV203-085 |

## DISMISSAL WITH PREJUDICE

COMES NOW, Counsel in the above-styled matter and hereby dismisses the Complaint with prejudice.

This the 17th day of January, 2006.

PHILLIPS & KITCHINGS

_____
RICHARD D. PHILLIPS
Georgia Bar No. 576600
**JOSEPH C. KITCHINGS**
Georgia Bar No. 424656
Attorneys for Plaintiff

Post Office Box 69
Ludowici, Georgia 31316-0069
Telephone (912) 545-2191
Facsimile  (912) 545-2505

APPROVED: This _18_ day of January, 2006

_____
JUDGE, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| TAMMY TURNER, AS NEXT OF KIN FOR TAVARRIS TURNER, A MINOR,<br>    Plaintiff<br><br>vs.<br><br>JO ANNE B. BARNHART, THE COMMISSIONER OF SOCIAL SECURITY,<br>    Defendant | Civil Action No. CV203-085 |

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the foregoing pleading upon opposing counsel by depositing a true and correct copy in the U.S. Mail in a properly addressed envelop with adequate postage thereon to insure first class delivery:

Mr. Kyle Wallace
Assistant United States Attorney
P.O. Box 2017
Augusta, Georgia 30903

This 17th day of January, 2006.

PHILLIPS & KITCHINGS

_____
RICHARD D. PHILLIPS
Georgia Bar No. 576600
**JOSEPH C. KITCHINGS**
Georgia Bar No. 424656
Attorneys for Plaintiff

Post Office Box 69
Ludowici, Georgia 31316
Telephone (912) 545-2191
Facsimile (912) 545-2505